■ CORA L. REAGIN, as Widow of JAMES E. REAGIN, SR., Respondent, v CHARLES COLLINS, SR., et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—Motion to dismiss appeal from decision of Workmen's Compensation Board which (1) approved the form of the caption of the case on appeal as proposed by the Attorney-General and (2) returned the case to the Attorney-General for prosecution of the appeal. Motion granted, without costs, on the ground that no appeal to this court lies from such a decision (Workmen's Compensation Law, § 23; cf. *Matter of Sparone v General Elec. Co.*, 203 App Div 273, 274). Sweeney, J. P., Kane, Main, Larkin and Reynolds, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, v PETER A. ROBERTS, Defendant.—Motion; pursuant to CPL 460.30, for extension of time to take appeal denied without prejudice to renewal upon sworn allegations of fact demonstrating that defendant's failure to take a timely appeal was attributable to improper conduct on the part of a public servant or defendant's attorney. (CPL 460.30, subds 1, 2) Herlihy, P. J., Greenblott, Sweeney, Kane and Main, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK v WESTWOOD CAMP, INC., Also Known As CAMP WESTWOOD, INC., WILLIAM NELSON and SHELDON HAAS, Appellants.—Motion to dismiss appeal granted on the ground that the order sought to be appealed is not appealable (see CPL 450.10). Greenblott, J. P., Sweeney, Kane, Main and Larkin, JJ., concur.

## (June 26, 1975)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HUMPHREY PEREZ, Appellant.—Appeal on remittitur from the Court of Appeals *(People v Perez,* 36 NY2d 848) from a judgment of the County Court of Otsego County, rendered June 19, 1972, upon a verdict convicting defendant of the crime of manslaughter in the first degree. In accordance with the direction of the Court of Appeals, we have reviewed the facts and find the proof of guilt to be overwhelming. Furthermore, we find no basis for reversing the judgment of conviction under CPL 470.15 (subd 3, par [c]). Judgment affirmed. Greenblott, J. P., Sweeney, Kane, Main and Reynolds, JJ., concur.